```
 1
 2
 3
 4
 5
 6
 7                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
 8                                     AT TACOMA
 9
10   ALEXANDER NAM RIOFTA,
                                                   Case No.  C07-5489 BHS/KLS
11                   Petitioner,
                                                   ORDER DENYING
12          v.                                     APPLICATION TO PROCEED IN
                                                   FORMA PAUPERIS
13   DAN PACHOLKE,
14                   Respondents.
15
```

16   The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed

17   *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

18   (1)   the Magistrate Judge's report and recommendation is approved and adopted;

19   (2)   Petitioner's application to proceed *in forma pauperis* is **DENIED**;

20   (3)   Petitioner shall pay the required filing fee ($5.00) to the Clerk of the Court within 30 days

21         of the date of this Order, otherwise this action will be dismissed; and

22   (4)   the Clerk is directed to send copies of this Order to Petitioner and any other party that has

23         appeared in this action.

24   DATED this ___ day of _____, 2007.

25

26
                                                   _____
27                                                 Benjamin H. Settle
                                                   United States District Judge
28

ORDER
Page - 1