UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEXANDER NAM RIOFTA,

    Petitioner,

  v.

DAN PACHOLKE,

    Respondents.

Case No. C07-5489 BHS/KLS

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

  The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

  (1) the Magistrate Judge's report and recommendation is approved and adopted;

  (2) Petitioner's application to proceed *in forma pauperis* is **DENIED**;

  (3) Petitioner shall pay the required filing fee ($5.00) to the Clerk of the Court within 30 days of the date of this Order, otherwise this action will be dismissed; and

  (4) the Clerk is directed to send copies of this Order to Petitioner and any other party that has appeared in this action.

  DATED this 16th day of November, 2007.

                 /s/ Benjamin H. Settle
                 BENJAMIN H. SETTLE
                 United States District Judge

ORDER