DISTRICT JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXANDER NAM RIOFTA,<br><br>    Petitioner,<br><br>vs.<br><br>DAN PACHOLKE,<br><br>    Respondent. | No. C07-5489BHS/KLS<br><br>ORDER FOR EXTENTION OF TIME |

This motion came before the court on an agreed motion for an extension of time pursuant to CR 7(d)(1). Having considered the motion and the arguments presented by the parties, the court hereby orders as follows:

1. The parties motion for an extension of time is granted and;

2. Petitioner is ordered to file his response to the respondent's answer to the habeas petition by March 13, 2008.

ORDER FOR EXTENSION OF TIME (C07-5489BHS/KLS) - 1

INNOCENCE PROJECT NW CLINIC
UNIVERSITY OF WASHINGTON SCHOOL OF LAW
WILLIAM H. GATES HALL
P.O. BOX 85110
SEATTLE, WA 98145-1110
(206) 543-5780

1  DATED this 6th day of February, 2008.

```
                                    _____
                                    Karen L. Strombom
                                    United States Magistrate Judge
```

PRESENTED BY:

INNOCENCE PROJECT NORTHWEST CLINIC

_____

Jacqueline McMurtrie, WSBA #13587
jackiem@u.washington.edu

ROBERT M. MCKENNA
Attorney General

/s/ Paul D. Weisser *
_____
PAUL D. WEISSER, WSBA #17918
Assistant Attorney General
PAULW@ATG.WA.GOV

* per February 1, 2008 e-mail authorization.

ORDER FOR EXTENSION OF TIME (C07-5489BHS/KLS) - 2

INNOCENCE PROJECT NW CLINIC
UNIVERSITY OF WASHINGTON SCHOOL OF LAW
WILLIAM H. GATES HALL
P.O. BOX 85110
SEATTLE, WA 98145-1110
(206) 543-5780