UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXANDER NAM RIOFTA,<br><br>                          Plaintiff,<br><br>   v.<br><br>DAN PACHOLKE,<br><br>                         Defendant. | No. C07-5489BHS/KLS<br><br>ORDER GRANTING AGREED MOTION TO CONTINUE STAY |

This motion came before the Court on the parties' Agreed Motion to Continue the Stay pursuant to CR7(d)(1). Having considered the motion and balance of the record, the Court finds and **ORDERS**:

    1)    The motion to stay the petition until post conviction DNA analysis and testing is completed (Dkt. 29) is **GRANTED**.

    2)    Mr. Riofta shall notify the Court and the Washington State Attorney General's Office when the testing is completed.

    3)    Mr. Riofta shall publish the results from the post conviction DNA testing to this Court and all parties.

ORDER GRANTING AGREED MOTION TO CONTINUE STAY - 1

4) Mr. Riofta shall file a motion to lift the stay in this Court within thirty (30) days after the testing is completed.

5) Mr. Riofta's request to withdraw his motion to lift the stay (Dkt. 28) is **GRANTED**.

DATED at Tacoma, Washington this 28th day of July, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING AGREED MOTION TO CONTINUE STAY - 2