UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEXANDER NAM RIOFTA,

                Plaintiff,

    v.

DAN PACHOLKE,

                Defendant.

No. C07-5489BHS/KLS

ORDER GRANTING AGREED MOTION TO CONTINUE STAY

This motion came before the Court on the parties' Stipulation and Agreed Motion to Continue the Stay. Dkt. 32. Having considered the motion and balance of the record, the Court finds and **ORDERS**:

    1)    The motion to stay the petition until post conviction DNA analysis and testing results have been evaluated and Mr. Riofta's expert issues a written opinion (Dkt. 32) is **GRANTED**.

    2)    Mr. Riofta shall notify the Court and the Washington State Attorney General's Office when the expert's opinion is received.

ORDER GRANTING AGREED MOTION TO CONTINUE STAY - 1

3) Mr. Riofta shall publish the results from the expert's opinion to this Court and all parties.

4) Mr. Riofta shall file a motion to lift the stay in this Court within thirty (30) days after receiving the expert's opinion.

DATED this 23rd day of November, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING AGREED MOTION TO CONTINUE STAY - 2