UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXANDER NAM RIOFTA,<br><br>        Petitioner,<br><br>vs.<br><br>DAN PACHOLKE,<br><br>        Respondent. | No. C07-5489BHS/KLS<br><br>ORDER TO CONTINUE STAY |

This motion came before the court on an agreed motion to continue the stay pursuant to CR 7(d)(1). Dkt. 34. Having considered the motion and the arguments presented by the parties, the court hereby orders as follows:

1. The agreed motion to continue the stay (Dkt. 34) is **GRANTED**.

2. Mr. Riofta agrees to notify the Court and Attorney General's Office for the State of Washington when the additional DNA testing is complete;

3. Mr. Riofta and the Attorney General agree that Mr. Riofta will publish the report to this Court, and all parties;

ORDER TO CONTINUE STAY - 1

4. Mr. Riofta and the Attorney General agree that Mr. Riofta will move to lift the stay within 30 days upon receiving the DNA testing results.

DATED this 23rd day of February, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER TO CONTINUE STAY - 2