UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEXANDER NAM RIOFTA,

                         Petitioner,

        v.

DAN PACHOLKE,

                         Respondent.

No. C07-5489 BHS/KLS

ORDER FOR ADDITIONAL BRIEFING

On May 23, 2011 the Court lifted the stay of this habeas, noting that the matter was ripe for decision as the parties' had filed their briefs on the merits. ECF No. 44. On further review, the Court notes that the scope of Petitioner's reply was limited to the issues of exhaustion, the need for an evidentiary hearing, and discovery. ECF No. 26. Thus, the parties shall be given an opportunity to submit further briefing.

It is **ORDERED:**

1)      Petitioner shall file a reply addressing the merits of the claims raised in his petition **on or before August 29, 2011.** Respondent may file and serve a reply brief not later than **September 2, 2011.**

2)      The Clerk is directed to **re-note** the matter for consideration on **September 2, 2011.**

**DATED** this  25th  day of July, 2011.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

ORDER DIRECTING ADDITIONAL BRIEFING § 2254 PETITION - 1