UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEXANDER NAM RIOFTA,

    Petitioner,

  v.

DAN PACHOLKE,,

    Respondent.

Case No. C07-5489BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 48).

On November 11, 2011, Judge Strombom issued the R&R and informed Petitioner that objections, if any, were due fourteen days from service of the R&R. *Id*. On December 19, 2011, the Court granted an agreed motion to extend the deadline for objections to January 25, 2012. Dkt. 50. Petitioner did not file objections.

Therefore, the Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     A Certificate of Appealability is **DENIED**;

(3)     The petition is **DENIED;** and

(4)     This action is **DISMISSED**.

DATED this 6th day of February, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER